UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jaynell Lynn Echols**                                    **Docket No. 7:14-CR-90-2BO**

### Petition for Action on Supervised Release

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jaynell Lynn Echols, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute a Quantity of Cocaine and Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on August 25, 2015, to the custody of the Bureau of Prisons for a term of 20 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Jaynell Lynn Echols was released from custody on April 5, 2016, at which time the term of supervised release commenced.

On July 5, 2016, a violation report was submitted to the court advising that the defendant was charged with Driving While License Revoked in Onslow County, North Carolina, on May 29, 2016. As this was the defendant's first infraction, supervision was permitted to continue.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On May 5, 2017, the offender was charged with Driving While License Revoked and Failing to Wear Seat Belt in Onslow County, North Carolina (17CR703530). As a sanction for the violation conduct, the probation officer is recommending imposition of 20 hours of community services.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 20 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                             I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton                              /s/ Jay Kellum
Robert L. Thornton                                     Jay Kellum
Supervising U.S. Probation Officer             U.S. Probation Officer
                                                              200 Williamsburg Pkwy, Unit 2
                                                              Jacksonville, NC 28546-6762
                                                              Phone: 910-346-5109
                                                              Executed On: May 15, 2017

Jaynell Lynn Echols
Docket No. 7:14-CR-90-2BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___16___ day of ___May___, 2017, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge