UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jaynell Lynn Echols**                    **Docket No. 7:14-CR-90-2BO**

### Petition for Action on Supervised Release

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jaynell Lynn Echols, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute a Quantity of Cocaine and Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on August 25, 2015, to the custody of the Bureau of Prisons for a term of 20 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Jaynell Lynn Echols was released from custody on April 5, 2016, at which time the term of supervised release commenced.

On July 5, 2016, a Violation Report was submitted to the court advising that the defendant was charged with Driving While License Revoked in Onslow County, North Carolina, on May 29, 2016. As this was the defendant's first infraction, supervision was permitted to continue.

On May 15, 2017, a Petition for Action was filed with the court reporting that the defendant was charged with Driving While License Revoked and Failing to Wear a Seatbelt in Onslow County, NC (17CR703530). As a sanction for the violation conduct, the conditions of supervised release were modified to include completion of 20 hours of community service.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 16, 2018, the defendant submitted to a urinalysis screening, which was confirmed as positive for Oxycodone by Alere Laboratories on April 21, 2018. The defendant admits to the violation conduct and stated that she was given prescription pain medication by a relative. It is noted that at the time of sentencing on August 25, 2015, Ms. Echols was ordered to participate in the DROPS Program; however, she is currently seven months pregnant with a due date in July, 2018. At this time, it is respectfully recommended that the DROPS Sanction be removed from her conditions and the Probation Office be permitted to address these issues through other means. The Onslow County Department of Social Services recently initiated a case with Ms. Echols, which will allow for additional monitoring. Additionally, Ms. Echols is scheduled to begin mental health counseling on June 12, 2018 and this officer has begun working with her on cognitive interventions. It is also noted that she has been placed in the Surprise Urinalysis Program at the highest level and she understands that continued use of controlled substances will result in further sanctions by the court.

**PRAYING THAT THE COURT WILL ORDER** that supervised release condition regarding the DROPS Program be stricken.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ Kristyn Super
Kristyn Super
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5104
Executed On: May 24, 2018

## ORDER OF THE COURT

Considered and ordered this ___24___ day of __May_____, 2018, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge